COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-08-282-CV

 

IN RE J. THOMAS KNIGHT, M.D.,                                            RELATORS

J. THOMAS KNIGHT, M.D.,
P.A., 

AND
MEDICAL IMAGING OF DALLAS, LLP                                               

                                                                                                        

                                               ----------

                                    ORIGINAL
PROCEEDING

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered ARelators= Agreed
Motion For Dismissal Of Petition For Writ Of Mandamus.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss this original
proceeding.  Having dismissed this
original proceeding, ARelators= Motion
For Emergency Relief@ is denied as moot.

Costs of this original proceeding shall be paid
by the party incurring the same, for which let execution issue. 

 

PER CURIAM

PANEL A:  MCCOY, HOLMAN, and GARDNER, JJ.  

 








DELIVERED:  July 31, 2008 












[1]See Tex. R. App. P. 47.4.